# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JEFFREY SHANE PARKER | ) Case No: 09-00161-CG |
| | ) USM No: 10733-003 |
| Date of Original Judgment: 03-23-2010 | ) |
| Date of Previous Amended Judgment: | ) Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 147 months **is reduced to** 130 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

This amended sentence consists of 70 months on Count One and 60 months on Count Two, to be served consecutively to the 70 months on Count One.

Except as otherwise provided, all provisions of the judgment dated 03-23-2010 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 08-18-2016

Callie V. S. Granade
Senior U.S. District Judge

*Digitally signed by Callie V. S. Granade Senior U.S. District Judge
DN: cn=Callie V. S. Granade Senior U.S. District Judge, o=Federal Judiciciary, ou=U.S. Government, email=efile_granade@alsd.uscourts.gov, c=US
Date: 2016.08.18 16:22:29 -05'00'*

*Judge's signature*

Effective Date:
*(if different from order date)*

Callie V. S. Granade, Senior U.S. District Judge
*Printed name and title*